UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2004 JAN 14 P 3:57



U.S. DISTRICT COURT
DISTRICT OF MASS

| MERRIMACK MUTUAL FIRE INSURANCE COMPANY, a/so/ JOHN McDONOUGH<br><br>Plaintiff,<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>Defendant. | CIVIL ACTION NO. |
|---|---|

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, APPLICA CONSUMER PRODUCTS, INC., PURSUANT TO L.R. 7.3(A)

The defendant, Applica Consumer Products, Inc., by and through its counsel, states that it is wholly owned by Applica Incorporated, a company which is publicly traded in the United States.

Respectfully Submitted,
Applica Consumer Products, Inc.
By its attorneys,

*[signature]*
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: 1/14/04

### CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 14th day of January, 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Edward A. Prisby, Esquire
Hunt, Clark and Embry
55 Cambridge Parkway
Cambridge, MA 02142

*[signature]*
Geoffrey M. Coan

21909.1