```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS


MERRIMACK MUTUAL FIRE        )
INSURANCE CO.,               )
    Plaintiff(s),            )
                             )
    v.                       )   C.A. No. 04-10091-MLW
                             )
APPLICA CONSUMER PRODUCTS, INC)
    Defendant(s),            )
```

ORDER

WOLF, D.J.                                          April 6, 2004

The parties in this case were issued a Memorandum and Order [5], asking whether they would consent to reassignment of this case for all purposes to Chief Magistrate Judge Bowler pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred.  Neither party has responded.  Thus, all parties are deemed to have consented.  Accordingly, this cases is hereby REASSIGNED to Chief Magistrate Judge Bowler for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).