# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

MERRIMACK MUTUAL FIRE
INSURANCE CO., INC.,

      Plaintiff,

  v.

APPLICA CONSUMER PRODUCTS,
INC.,

      Defendant.

CA. NO. 04-10091-MBB

## *NOTICE*

April 23, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:30 a.m., Wednesday, May 5, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                       /s/
                                **MARIANNE B. BOWLER**
                                Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**