UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MERRIMACK MUTUAL FIRE
INSURANCE COMPANY, a/so/ JOHN
McDONOUGH
        Plaintiff,

v.

APPLICA CONSUMER PRODUCTS, INC.,
        Defendant.

CIVIL ACTION NO. 04CV10091-MLW

**PARTIES JOINT STATEMENT PURSUANT TO**
**FED.R.CIV.P. 26(f) AND L.R. 16.1(b)**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1.     Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

       a.     Preparing an agenda of matters to be discussed at the scheduling conference;
       b.     Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
       c.     Considering whether they will consent to trial by magistrate judge.

2.     After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | June 15, 2004 |
| Written discovery requests | July 30, 2004 |
| Motions to amend or supplement pleadings | August 31, 2004 |
| Nonexpert disclosures by Plaintiff | September 31, 2004 |

25450.1

| **Pretrial Activity** | **Date** |
|---|---|
| Nonexpert disclosures by Defendant | October 29, 2004 |
| Final answers to expert interrogatories by plaintiff | November 30, 2004 |
| Final answers to expert interrogatories by defendant | December 15, 2004 |
| All discovery completed | January 10, 2005 |
| All dispositive motions filed | February 28, 2004 |

Dated: April 30, 2004

Respectfully Submitted,
MERRIMACK MUTUAL FIRE
INSURANCE CO. a/s/o JOHN
MCDONOUGH
By its attorneys,

_Edward A. Prisby_
Edward A. Prisby, BBO# 655217
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Respectfully Submitted,
APPLICA CONSUMER PRODUCTS, INC.,
By its attorneys,

_Geoffrey M. Coan_
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 30th day of April, 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Edward A. Prisby, Esquire
Hunt, Clark and Embry
55 Cambridge Parkway
Cambridge, MA 02142

_Geoffrey M. Coan_
Geoffrey M. Coan

2

25450.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY
Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

**Geoffrey M. Coan**
Writer's Ext.: 5408
CoanG@wemed.com

April 30, 2004

HAND DELIVERED

Civil Clerk's Office
United States District Courts
U.S. Courthouse
One Courthouse Way
Boston, MA  02110

   Re: Merrimack Mutual Fire Insurance Company v. Applica Consumer Products, Inc.
     Our File No.   :  06268.00148

Dear Clerk of Court :

  Enclosed for filing please find the Parties Joint Statement Pursuant to Fed.R.Civ.P.26(f) and L.R. 16.1(b)

  Thank you.

                Very truly yours,

                Geoffrey M. Coan

GMC/svm
Enclosures
cc: Edward A. Prisby

25459.1