UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY, a/so/ JOHN McDONOUGH<br>Plaintiff,<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>Defendant. | CIVIL ACTION NO. 04CV10091-~~MLW~~ MBB |

### CERTIFICATION BY DEFENDANT, APPLICA CONSUMER PRODUCTS, INC., PURSUANT TO L.R. 16.1(D)(3)

Defendant, Applica Consumer Products, Inc., and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| | |
|---|---|
| Respectfully submitted,<br>Applica Consumer Products, Inc.<br><br>_/s/ David S. Goldenberg_<br>David S. Goldenberg, Esquire<br>Associate Counsel – Product Liability<br>Applica Consumer Products, Inc.<br>5980 Miami Lakes Drive<br>Miami Lakes, Florida 33014<br>(305) 362-2611 | Respectfully submitted,<br>Attorneys for Applica Consumer Products, Inc.<br><br>_/s/ Geoffrey M. Coan_<br>Maynard M. Kirpalani, (BBO #273940)<br>Geoffrey M. Coan (BBO #641998)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

Dated: May 5, 2004

25520.1

2

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 5th day of May, 2004, served a copy of the foregoing upon all parties of record by delivering in hand to:

Edward A. Prisby, Esquire
Hunt, Clark and Embry
55 Cambridge Parkway
Cambridge, MA  02142

                                                                       _____
                                                                       Geoffrey M. Coan

2

25520.1