UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04CV10091-MBB

MERRIMACK MUTUAL FIRE
INSURANCE COMPANY a/s/o JOHN
McDONOUGH,
    Plaintiff

v.

APPLICA CONSUMER PRODUCTS,
INC.,
    Defendant

NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel for the plaintiff, Merrimack Mutual Fire Insurance Company a/s/o John McDonough, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

Edward A. Prisby (655217)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 10-21-04