UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

DOCKET NO. 04CV10091-MBB: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY a/s/o JOHN McDONOUGH,<br>         Plaintiff<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>         Defendant | NOTICE OF ENTRY OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the plaintiff, Merrimack Mutual Fire Insurance Company a/s/o John McDonough, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

_/s/ Michael B. Newman_
Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON  10/21/04