UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04CV10091CMBB

FILED
2005 FEB -7 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY a/s/o JOHN McDONOUGH,<br>　　　Plaintiff<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>　　　Defendant | NOTICE OF SETTLEMENT |

Now come the parties to the above-captioned matter and hereby notify the Court that they have reached an agreement to settle and dispose of this case. The status conference that is scheduled for this matter on February 8, 2005 should, therefore, be cancelled. The parties further notify the Court that they will file a Stipulation of Dismissal in this action within 30 days.

Respectfully submitted,
On behalf of the Plaintiff

**CLARK, HUNT & EMBRY**

_/s/ Michael B. Newman_
Michael B. Newman (632222)
James T. Buchanan (561098)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

On behalf of the Defendant,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

_/s/ Geoffrey M. Coan_
Geoffrey M. Coan
155 Federal Street
Boston, MA 02110
B.B.O. No. 641998
(617) 422-5300