UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY, a/so/ JOHN McDONOUGH<br>Plaintiff,<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>Defendant. | CIVIL ACTION NO. 04CV10091-MBB |

## STIPULATION OF DISMISSAL OF THE PLAINTIFF'S CLAIMS AGAINST APPLICA CONSUMER PRODUCTS, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Merrimack Mutual Fire Insurance Company, a/s/o John McDonough, and the Defendant, Applica Consumer Products, Inc. ("Applica"), hereby stipulate and agree that the Plaintiff's claims against Applica be dismissed with prejudice and without costs each party to bear his or its own attorneys' fees and costs and waiving any right of appeal.

WHEREFORE, the parties hereby respectfully request that this Court dismiss the Plaintiff's claims against Applica Consumer Products, Inc.

| Plaintiff<br>Merrimack Mutual Fire Insurance Company, a/s/o John McDonough<br>By its Attorneys, | Defendant<br>Applica Consumer Products<br>By its Attorneys, |
|---|---|
| _____<br>Michael B. Newman, BBO# 632222<br>CLARK, HUNT and EMBRY<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 | _____<br>Maynard M. Kirpalani, BBO# 273940<br>Geoffrey M. Coan, BBO# 641998<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA<br>(617)422-5300 |

35424.1