UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MERRIMACK MUTUAL FIRE
INSURANCE COMPANY,
        Plaintiffs,

v.                                   CIVIL ACTION NO.  04-10091-MBB

APPLICA CONSUMER PRODUCTS, INC.,
        Defendant.

## FINAL JUDGMENT

APRIL 5,  2005

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties,  it is hereby **ORDERED** and **ADJUDGED**  that this action be **DISMISSED** with prejudice and without costs.

                                                       /s/  **MARIANNE B. BOWLER**
                                                       United States Magistrate Judge